# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# Voluntary Petition

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**OPTEX SYSTEMS, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 75-2181463 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>3001 Red Hill Ave., Bldg 4-108<br>Costa Mesa, CA<br>    **Zip Code 92626** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br><br>    Zip Code |
| County of Residence or of the<br>Principal Place of Business:     Orange | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    Zip Code | Mailing Address of Debtor (if different from street address):<br>    Zip Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (included Joint Debtors)<br>☒ Corporation (included LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other | ☒ Chapter 7    ☐ Chapter 11<br><br>☐ Chapter 9    ☐ Chapter 12<br>               ☐ Chapter 13 | ☐ Chapter 15 for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box) | |
|---|---|---|---|
| | | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." | ☒ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).<br>------------------------------------------------<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million<br>------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited Prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b) |

| Statistical/Administrative Information | **THIS SPACE FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number Of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to- $500,000 | $500,001 to $1 million | $1,000,001-to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to- $1 million | $1,000,001-to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **OPTEX SYSTEMS, Inc.** | FORM B1,Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit "A"** | **Exhibit "B"** |
|---|---|
| (To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b) <br><br> X _____  _____ <br>    Signature of Attorney for Debtor(s)      Date |

| **Exhibit "C"** | **Exhibit "D"** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit "C" is attached and made a part of this petition <br> ☒ No. | **(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).** <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**

Check any applicable box

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition/

☐ Debtor certifies that he/she has served this Landlord with this certification (11 U.S.C. § 362(1)).

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **OPTEX SYSTEMS, Inc.** | |

## Signatures)

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
   (Signature of Debtor)

_____
   (Signature of Joint Debtor)

_____
Telephone and Fax Number (If not represented by attorney)

Date: _____

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached

X _____
   (Signature of Foreign Representative

_____
   (Printed Name of Foreign Representative

_____
   (Date)

### Signature of Attorney

X *Pamela Jan Zylstra*
(Signature of Attorney for Debtor(s)

**Pamela Jan Zylstra**
Printed Name of Attorney for Debtor

**PAMELA JAN ZYLSTRA A PROFESSIONAL CORPORATION**
Firm Name

**28241 Crown Valley Parkway, F-610**
**Laguna Niguel, CA 92677**
Address

**Telephone: (949)-388-1330**
**Facsimile: (949) 222-2022**
Telephone

Date: _9/21/09_            **STATE BAR NO. 147977**

In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.

X _____
   Signature of Authorized Individual
John J. Stuart Jr.
Printed Name of Authorized Individual
Secretary
Title of Authorized Individual
Date: _SEPTEMBER 21, 2009_

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C, §110.)

_____
Address

_____

X _____
   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

OPTEX Voluntary Petition.doc

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Pamela Jan Zylstra A Professional Corporation State Bar No 147977
28241 Crown Valley Parkway, F-610, Laguna Niguel, CA 92677
949.388.1330/Fax 949.222.2022
email: zylstralaw@gmail.com

☒ *Attorney for:* Debtor, OPTEX SYSTEMS, Inc.

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: OPTEX SYSTEMS, Inc.

Debtor(s).

CASE NO.: 7

CHAPTER:

ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: **9/21/09**
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____
Signature of Authorized Signatory of Filing Party

John J. Stuart Jr.
Printed Name of Authorized Signatory of Filing Party

Secretary
Title of Authorized Signatory of Filing Party

SEPTEMBER 21, 2009
Date

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____
Signature of Attorney for Filing Party

Pamela Jan Zylstra
Printed Name of Attorney for Filing Party

9.21.09
Date

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

In re :   OPTEX SYSTEMS, Inc.

                                                    Case No. _____

                                    Debtor          Chapter    7

# STATEMENT REGARDING AUTHORITY BY RESOLUTION
# TO SIGN AND FILE CHAPTER 7 PETITION

I, John J. Stuart, Jr., declare under penalty of perjury that I am the Secretary of OPTEX SYSTEMS, Inc., a Texas corporation (the "Company"), and that on September 17, 2009 the following resolution was duly adopted by the Board of Directors of the Company:

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that John C. Carson, President of this Company, or John J. Stuart, Jr., Secretary of this Company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company ; and

Be It Further Resolved, that John C. Carson, President of this Company, or John J. Stuart, Jr., Secretary of this Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that John C. Carson, President of this Company, or John J. Stuart, Jr., Secretary of this Company, are authorized and directed to employ Pamela Jan Zylstra, attorney, and the law firm of Pamela Jan Zylstra A Professional Corporation to represent the Company in such bankruptcy case."

Executed on:   September 2*1*, 2009

OPTEX SYSTEMS, Inc.
(the "Company")

By: _____
(Name)  John J. Stuart, Jr.

Its:  Secretary

5

84281

PAMELA JAN ZYLSTRA - State Bar No. 147977
PAMELA JAN ZYLSTRA A PROFESSIONAL CORPORATION
28241 Crown Valley Parkway, F-610
Laguna Niguel, California 92677-4442
Telephone: 949.388.1330/ Fax 949.222.2022/zylstralaw@gmail.com
Attorneys for Debtor, OPTEX SYSTEMS, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>OPTEX SYSTEMS, INC.,<br><br>      Debtor, | Case No.  8:08-bk-<br>Chapter 7 Case<br>**DECLARATION REGARDING CORPORATE OWNERSHIP OF DEBTOR (CORPORATE OWNERSHIP STATEMENT)**<br>[Federal Rule of Bankruptcy Procedure, Rule 1007(a)(1) and Rule 7007.1] |

I, John J. Stuart, Jr., declare:

1.      I am the Secretary of OPTEX SYSTEMS, Inc. (the "Debtor").  I am authorized by the Debtor to make this statement to disclose the ownership of the Debtor.

2.      I understand that pursuant to Rule 1007(a)(1) and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor must identify any 'corporation' (as defined in 11 U.S.C. §101(9)) that directly or indirectly owns 10% or more of any class of the corporation's equity interests.

3.      The following entities are disclosed as having 10% or more of any class of the ownership interests in the Debtor:

          a.  Irvine Sensors Corporation, a Delaware corporation, owns 100% of the equity interests in the Debtor.

Executed this _21st_ day of September  2009 at ___*IRVINE*___, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

<br>

_____
John J. Stuart, Jr.

6

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete case number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete case number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete case number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Irvine_____, California

Dated ___SEPTEMBER 21, 2009___

                                                    Debtor
                                        John J. Stuart, Jr., Secretary

# United States Bankruptcy Court
## Central District of California

| In re: | | Case No. | |
|---|---|---|---|
| **OPTEX SYSTEMS, INC.** | | | |
| | Debtor | | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Y | 1 | $00 | | |
| B | Personal Property | Y | 3 | $00 | | |
| C | Property Claimed as Exempt | N | 0 | | | |
| D | Creditors Holding Secured Claims | Y | 1 | | $00 | |
| E | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 3 | | $6,900 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Y | 8 | | $6,866,823 | |
| G | Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H | Codebtors | Y | 1 | | | |
| I | Current Income of Individual Debtor(s) | N | 0 | | | N/A |
| J | Current Expenditures of Individual Debtor(s) | N | 0 | | | N/A |
| | TOTAL | | 18 | $00 | $6,873,723 | |

8

# United States Bankruptcy Court
## Central District of California

| In re:<br>**OPTEX SYSTEMS, INC.** | | CHAPTER:.<br>7 |
|---|---|---|
| | Debtor | CASE NO: |

## CORPORATE DEBTOR – FORM B6 NOT APPLICABLE

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $00 |
| Student Loan Obligations (from Schedule F) | $00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $00 |
| Total | $00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $00 |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12: **OR,** Form 22B Line 11, **OR,** Form 22C Line 20) | $00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, 'UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY," column. | $00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY' column | | $00 |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

*9*

In re: **OPTEX SYSTEMS, INC.** _____    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| Page 1 of 1 | | Schedule Total | $            0.00 | |

_10_

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None"  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts are Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b )(1). Give particulars.  (File separately the record(s) of any such interests(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

//

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crop - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total: | $00 |

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re: **OPTEX SYSTEMS, INC.**      Case No. _____

Debtor                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition.  List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | ACCOUNT NO. _____ _____ Description of car: VALUE: $ | | | | $ | $ |
| | | | ACCOUNT NO. _____ VALUE: $ | | | | $ | $ |
| | | | ACCOUNT NO. _____ VALUE: $ | | | | $ | $ |
| | | | ACCOUNT NO. _____ VALUE: $900,000 | | | | $ | |
| | | | | | | | $         00 | |

*14*

| In re: | Case No. |
|---|---|
| **OPTEX SYSTEMS, INC.** | |
| Debtor | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units:** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

*15*

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. §50&(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_ Continuation Sheets attached

| In re:<br>OPTEX SYSTEMS, INC.<br>Debtor | Case No.<br><br>(If known) |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 21126<br>Philadelphia, PA 19114 | | | Last four digits of<br>ACCOUNT NO.<br>Estimated taxes for 2009 | | | | $6,900 | $ | |
| | | | Last four digits of<br>ACCOUNT NO. | | | | $ | $ | |
| | | | Last four digits of<br>ACCOUNT NO. | | | | $ | $ | |
| | | | **Subtotal** | | | | $6,900 | $6,900 | |
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | **Total** | | | | $6,900 | $6,900 | |
| (Use only on last page of the completed Schedule E. If applicable report on the Statistical Summary of Certain Liabilities and Related Data). | | | **Totals:** | | | | $6,900 | $6,900 | $ |

Sheet no. 1 of _____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

*17*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that be stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alpha Capital AG<br>c/o LH Financial Services Corp<br>150 Central Park South, 2nd Fl<br>New York, NY 10019 | | | Claims related to Memorandum of Understanding and subsequent UCC Foreclosure sale (2008) | | | X | $ Unknown |
| ACCOUNT NO.<br><br>Army Contracting Command, CECOM<br>Attn: Celeste Osenenko<br>CCCE-CC-TAE<br>Ft. Monmouth, NJ 07703 | | | Potential warranty claims related to sale of products | | | X | $ Unknown |
| ACCOUNT NO.<br><br>BAE Systems<br>Attn: Corporate Officer<br>1100 Bairs Rd., Bldg 20<br>York, PA 17408-8975 | | | Potential warranty claims related to sale of products | | | X | $ Unknown |
| ACCOUNT NO.<br><br>Benet Labs<br>Attn: John Kenna<br>1 Buffington St, Bldg 40<br>Watervillet, NY 12189-4050 | | | Potential warranty claims related to sale of products | | | X | $ Unknown |

*18*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Centron<br>Attn: Corporate Officer<br>20760 Leapwood Ave<br>Carson, CA 90741 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Defense Supply Center<br>Attn: Aviation Supply Detachment<br>PO Box 3990<br>Columbus, OH 43218 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Defense Supply Center<br>Attn: Maritime Supply Detachment<br>700 Robbins Ave<br>Philadelphia, PA 19111 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Defense Supply Center<br>Attn: Maritime Supply Detachment<br>8000 Jefferson Davis Hwy<br>Richmond, VA 23297 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>E.R. Precision Optical<br>Attn: Corporate Officer<br>505 W. Robinson<br>Orlando, FL 32801 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |

*19*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>General Dynamics Land Systems Div<br>Attn: Mary Donohue<br>38500 Mound Road<br>Sterling Heights, MI 48310 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| ACCOUNT NO.<br><br>GD - Woodbridge<br>Attn: Tonya Williams<br>38500 Mound Rd<br>Sterling Heights, MI 48310 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| ACCOUNT NO.<br><br>Ibide<br>Attn: Femi Awolusi<br>2804 Linden Way<br>Woodstock, MD 21163-7400 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| ACCOUNT NO.<br><br>Irvine Sensors Corporation<br>Attn John Carson<br>3001 Redhill<br>Costa Mesa, CA 92626 | | | Allocation of corporate indirect expenses to wholly owned subsidiary per Federal Acquisition Regulations<br>2005 to 2009 | | | | $ 4,305,536 |
| ACCOUNT NO.<br><br>Joint Munitions & Lethality<br>Attn: John Beeman<br>Phipps Rd, Bldg. 10<br>Picatinny, NY 07806-5000 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lapeer<br>Attn: Mark Marcol<br>400 McCormick, PO Box 69<br>Lapeer, MI 48446 | | | Potential warranty claims related to sale of products | | X | | $        Unknown |
| ACCOUNT NO.<br><br>Litton Electro Optical Systems<br>Attn: Corporate Officer<br>3414 Hermann Dr<br>Garland, TX 75041 | | | Potential warranty claims related to sale of products | | X | | $        Unknown |
| ACCOUNT NO.<br><br>Longview Fund LP<br>Attn S. Michael Rudolph<br>505 Sansome St., Ste 1275<br>San Francisco, CA 94111 | | | Claims related to Memorandum of Understanding and subsequent UCC Foreclosure sale (2008) | | X | | $        Unknown |
| ACCOUNT NO.<br><br>M3 Tech<br>Attn: Audrey Blissinger<br>Orold Dock Rd, Unit 1<br>Yaphank, NY 11980 | | | Potential warranty claims related to sale of products | | X | | $        Unknown |
| ACCOUNT NO.<br><br>Marine Corps Logisitics Command<br>Attn: Barbara Banks Code S1922<br>PO Drawer 43019, MCLC<br>Albany, GA 31704-3019 | | | Potential warranty claims related to sale of products | | X | | $        Unknown |

21

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Navy Attn:M. Hippensteel<br>5450 Carlisle Pike<br>PO Box 2020<br>Mechanicsburg PA 17055-0788 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Norcatec Attn:Allen Rosen<br>100 Garden City Plaza<br>PO Box 9401<br>Garden City, NY 11530 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Nestor Sales<br>Attn: Larissa Spulga<br>7337 Bryan Dairy Rd<br>Largo, FL 33777 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Northrop Grumman<br>Attn: CC Dean<br>PO Box 149<br>Pascoula, MS 39568 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |
| ACCOUNT NO.<br><br>Novotech, Inc.<br>Attn: Corporate Officer<br>916 Main Street, Acton<br>Acton, MA 01720 | | | Potential warranty claims related to sale of products | | X | | $     Unknown |

22

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Oasis<br>Attn: J Minor<br>3200 Cross Creek Pkwy<br>Auburn Hills, MI 48326 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| ACCOUNT NO.<br><br>Raytheon<br>Attn: Jan Townsend-Smith<br>2501 W. University Drive<br>McKinney, TX 75071 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| <br><br>Reliant Energy Retail Services LLC<br>Attn: Corporate Officer<br>PO Box 650475<br>Dallas, TX 75265-0475 | | | Utility services (9/1/06 to 11/10/06) | | | X | $ 38,287 |
| ACCOUNT NO.<br><br>Starnight<br>Attn: Dgonit Roded<br>740 E. Campbell #900<br>Richardson, TX 75081 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |
| ACCOUNT NO.<br><br>Synergy International Optronics<br>Attn: Corporate Officer<br>3 West Beech Street<br>Islip, NY 11751 | | | Potential warranty claims related to sale of products | | X | | $ Unknown |

23

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TACOM - Rock Island<br>Attn: Brian Schmidt<br>AMSTA-LC-GLK-B<br>Rock Island, IL 61299 | | | Potential warranty claims related to sale of products | | X | | $      Unknown |
| ACCOUNT NO.<br><br>TACOM - Rock Island<br>Attn: Lisa Devlin<br>AMSTA-LC-IBC<br>Rock Island, IL 61299 | | | Potential warranty claims related to sale of products | | X | | $      Unknown |
| ACCOUNT NO.<br><br>TACOM - Rock Island<br>Attn: Joyce Klein<br>CCTA-AR-FA<br>Rock Island, IL 61299 | | | Potential warranty claims related to sale of products | | X | | $      Unknown |
| ACCOUNT NO.<br><br>TACOM - Rock Island<br>Attn: Dave Elliott<br>AMSTA-LC-GAW-C<br>Rock Island, IL 61299 | | | Potential warranty claims related to sale of products | | X | | $      Unknown |
| ACCOUNT NO.<br><br>TACOM - Rock Island<br>Attn: Charles Stack<br>AMSTA-LC-CAW-Bldg 104<br>Rock Island, IL 61299 | | | Potential warranty claims related to sale of products | | X | | $      Unknown |

24

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Textron<br>Attn: Bruce Holland<br>19401 Chef Menteur Hwy<br>New Orleans, LA 70129 | | | Warranty claims made 8/21/09 related to sale of products purchased in 2007 and 2008 | | X | X | $          Unknown |
| ACCOUNT NO.<br><br>TWL Group, LP<br>Attn Timothy Looney<br>4306 Savannah<br>Parker, TX 75002 | | | Promissory Note<br>1/19/07 $420,000<br>1/26/07 $1,580,000<br>Accrued interest $523,000<br>(Lawsuit filed April 1, 2009) | | | X | $          2,523,000 |
| USAAMC<br>West Entitlements Operations<br>PO Box 182381<br>Columbus, OH 43218-2381 | | | Potential warranty claims related to sale of products | | X | | $          Unknown |
| ACCOUNT NO.<br><br>Vibgyor Optical Systems<br>Attn: Corporate Officer<br>1140 N. Phelps Ave<br>Arlington Heights, IL 60004 | | | Potential warranty claims related to sale of products | | X | | $          Unknown |
| ACCOUNT NO.<br><br>Warren Knight Instrument Co<br>Attn: Corporate Officer<br>2045 Bennett Road<br>Philadelphia, PA 19116 | | | Potential warranty claims related to sale of products | | X | | $          Unknown |

Schedule Total     | $          6,866,823

25

In re: <u>OPTEX SYSTEMS, INC.</u>                                    Case No. _____
                Debtor                                                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**Note: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |
|  |  |

Form B6G
(12/95)

In re: <u>OPTEX SYSTEMS, INC.</u>                                    Case No. _____
            Debtor                                                                                        (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint return should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six months immediately preceding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

27

Case No. _____
(If known)

In re: OPTEX SYSTEMS, INC.
_____
Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information and belief.   (Total shown on summary page plus 2)

Date _____   Signature: _____
Debtor

Date _____   Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.

_____

_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment.
11 U.S.C. § 110; 18 U.S.C. § 156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   Secretary _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the   Corporation _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   Twenty (20) _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.   (Total shown on summary page plus 1)

Date   September 21, 2009 _____   Signature: _____

John J. Stuart, Jr. Secretary of OPTEX SYSTEMS, Inc.
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership of corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

28